No. 9729. STATE OF MONTANA, ex rel. CHARLES and LEAH ACTIS, D/B/A ATLANTIC BAR, et al., RELATORS AND APPELLANTS, *v.* CITY OF BUTTE, et al., DEFENDANTS AND RESPONDENTS.

310 Pac. (2d) 304.

Decided April 24, 1957.

*Joseph P. Monaghan,* Butte, for appellant.

*Forrest H. Anderson,* Atty. Gen., Helena, *H. J. Luxan, Jr.,* Spec. Asst. Atty. Gen., Helena, *Francis P. Kelly,* Butte, for respondent.

Per Curiam.

Motion to dismiss the appeal having been filed herein on August 7, 1956, no reply thereto having been made by the appellants, and the matter having been set for hearing at this time and arguments presented by Joseph P. Monaghan, Esq., for appellants, and Howard J. Luxan, Jr., Esq., and Francis P. Kelly, Esq., for respondents, and the Court being fully advised; it is

ordered that the motion to dismiss the appeal be, and it is hereby, granted.

All Justices concurring.